**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00386-CV**
_____

**EDUARDO GASTON ARGUELLES DE LA PARRA, Appellant**

**V.**

**ISRAEL SUAREZ HERMOSO DE MENDOZA, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-09-12038-CV**

**MEMORANDUM OPINION**

Eduardo Gaston Arguelles De La Parra, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 2, 2025
Opinion Delivered July 3, 2025
Before Johnson, Wright and Chambers, JJ.